FILED
CLERK, U.S. DISTRICT COURT
MAY 1 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO OCHOA MORANDO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JOHN F. SALAZAR,<br><br>　　　　　Respondent. | NO. CV 08-2566-MMM (MAN)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: May 13, 2008.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE